# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# LEXINGTON

**JARRED MULLINS,**

    Plaintiff,

v.

**TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,**

    Defendant.

CIVIL ACTION NO. 5:21-228-KKC-MAS

**JUDGMENT**

\*\* \*\* \*\* \*\* \*\*

In accordance with the Opinion and Order entered contemporaneously with this judgment, it is hereby **ORDERED** and **ADJUDGED** that:

(1) Plaintiff Jarred Mullins's motion for summary judgment on the issue of insurance coverage (R. 19) is **DENIED**;

(2) Defendant Travelers Property Casualty Company of America's cross motion for summary judgment (R. 22) is **GRANTED**;

(3) All claims against Defendant Travelers Property Casualty Company of America are **DISMISSED WITH PREJUDICE** and this matter shall be **STRICKEN** from the active docket;

(4) This judgment is **FINAL** and **APPEALABLE**.

Dated August 30, 2022.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY